**United States v. Ryan Rainford**
**18 Cr. 289 (SHS)**

**<u>EXHIBIT J</u>**

**Martin Gonzales Letter**

August 1, 2019

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Stein:

My name is Martin Gonzales, and I'm writing this letter on behalf of Ryan Rainford. I have known Ryan for 6 years thru his relationship with my daughter Jessica, which has blessed me and my wife with grandchildren. The boys are well mannered and excel in school which I attest to the attention he gives to his family. Two parent households provide the stability needed to raise children, which will also produce responsible adults.

I have seen Ryan show compassion to my parents, helping my mom care for my dad who suffers from Alzheimer's disease. He regularly stops by their home after his job driving a school bus to lend a helping hand. These tasks vary from picking up groceries and taking out the trash, to helping my dad bathe and get dressed. I will be forever grateful for the attention he gives them during this often difficult stage of their lives.

I believe Ryan is a good parent, and works hard to provide for his family. His actions and positive contributions in other people's lives represent his true character, and I appreciate all he does for our family. Thank you for taking time to read this letter.

Sincerely,

Martin Gonzales
43 Sunset Drive
Centereach, NY 11720
(718) 406-5106