USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA, : 18-Cr-289 (SHS)

    -v- :

      ORDER

RYAN RAINFORD,

           Defendant.
-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    The Judgment having been filed today,

    IT IS HEREBY ORDERED that the defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on February 21, 2020.

Dated: New York, New York
       January 22, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.