USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-289 (SHS) |
| -v- | : | <u>ORDER</u> |
| RYAN RAINFORD, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received the attached letter from Ryan Rainford requesting a copy of his trial transcript and sentencing transcript. Accordingly,

    IT IS HEREBY ORDERED that Calvin H. Scholar, Esq. shall send the trial transcript and the sentencing transcript to Mr. Rainford at the address set forth on his letter. A copy of this Order will be mailed to defendant by chambers.

Dated: New York, New York
        August 24, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

RYAN RAINFORD
Reg # 85592-054
FCI FORT DIX
P.O. Box 2000
Joint Base MDL, NJ 08640

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/2020

O+7

18-Cr-289(SHS)

To: CLERK OF THE COURT
Subject: OBTAINING TRANSCRIPTS

PETITION FOR OBTAINING TRANSCRIPTS

I am currently incarcerated at FCI Fort Dix, New Jersey. I would like to perfect a collateral challenge under 28 U.S.C. § 2255 but I do not possess any of my court documents. I would like to get copies of both my trial and sentencing transcripts.

According to 28 U.S.C. § 753(f) which provides in part:

"Fees for transcripts furnished in criminal proceedings to persons proceeding under the Criminal Justice Act (18 U.S.C. § 3006A), or in habeas corpus proceedings to persons allowed to sue, defend, or appeal in forma pauperis, shall be paid by the United States out of moneys appropriated for those purposes. Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated

For that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal..."

Therefore I pray that this court grants my request for free copies of both my trial transcripts and sentencing transcripts, so I can attempt to perfect a collateral challenge under 28 U.S.C. § 2255. Thank you very much!

Respectfully submitted

Ryan Rainford

RYAN RAINFORD
Reg No. 85592-054
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640