UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

RYAN RAINFORD,

           Defendant.

18-Cr-289 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    In October 2020, this Court denied defendant Ryan Rainford's first motion for a sentence reduction pursuant to the compassionate release statute, 18 U.S.C. § 3582(c)(1)(A) (ECF No. 323), and in December, the Court denied his renewed motion for compassionate release (ECF No. 327). Rainford now brings a third compassionate release motion, citing "significantly changed circumstances." (Def.'s Mot. at 1, ECF No. 338.) Defendant represents that his chronic venous insufficiency "has worsened in recent months, often preventing him from walking." (*Id.* at 2.) He alleges that his condition is not being treated at FCI Fort Dix, and that he is "often unable to shower or provide self-care due to his condition." (*Id.*) Accordingly,

    IT IS HEREBY ORDERED that the government shall obtain and provide the Court with defendant's medical records no later than May 3, 2021. The government shall also respond to defendant's renewed motion on or before that date.

Dated: New York, New York
       April 26, 2021

                                SO ORDERED:

                                *[signature]*

                                Sidney H. Stein, U.S.D.J.