UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,      :   18-Cr-289 (SHS)

    -v-      :   <u>ORDER</u>

RYAN RAINFORD,      :

    Defendant.      :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Donna Newman, Esq., having requested her reappointment under the Criminal Justice Act [Doc. No. 428] for purposes of representing Mr. Rainford regarding the remand by the Second Circuit Court of Appeals to this Court,

    IT IS HEREBY ORDERED that Ms. Newman and her associate Clara Kalhous are reappointed *nunc pro tunc* from August 20, 2024, as attorneys for Mr. Rainford pursuant to the Criminal Justice Act.

Dated: New York, New York
       September 17, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.